```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
                                        :
UNITED STATES OF AMERICA,               :      08 CR. 347 (DLC)
                                        :
          -v-                           :      ORDER
                                        :
JOSE NEGRON,                            :
                                        :
                    Defendant.          :
                                        :
----------------------------------------x
```

DENISE COTE, District Judge:

    For the reasons set forth in defense counsel's letter dated May 5, 2008 and with consent of the Government, it is hereby

    ORDERED that the conference date previously set for May 5, 2008 is rescheduled for **May 8, 2008** at **10 a.m.**

    IT IS FURTHER ORDERED that time is excluded from today until May 8, 2008, in the interest of justice, for the reasons set forth in Mr. Bach's letter, finding that those reasons outweigh the public's and defendant's interest in a speedy trial. 18 USC § 3161(h)(8)(A).

Dated:    New York, New York
           May 5, 2008

                                          DENISE COTE
                                          United States District Judge

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08