```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA,             :
                                      :  08 Cr. 347
        -against-                     :
                                      :
JOSE NEGRON                           :
                                      :
------------------------------------- X
```

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Tejal D. Shah, a member of good standing in this Court, enters her appearance as counsel of record on behalf of Defendant Jose Negron in the above-captioned matter.

Dated: New York, New York           Respectfully submitted,
      May 29, 2008

                                                               /s/ Tejal D. Shah
                                                               Tejal D. Shah (TS 1781)
                                                               Cooley Godward Kronish LLP
                                                               1114 Avenue of the Americas
                                                               New York, NY 10036-7798
                                                               Phone: (212) 479-6000
                                                               Fax:   (212) 479-6275