UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : 08 Cr. 347 |
| -against- | : |
| JOSE NEGRON | : |
| | : |

------------------------------------- X

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Jonathan P. Bach, a member of good standing in this Court, enters his appearance as counsel of record on behalf of Defendant Jose Negron in the above-captioned matter.

Dated: New York, New York           Respectfully submitted,
       May 29, 2008

                                                   /s/ Jonathan P. Bach
                                             Jonathan P. Bach (JPB 970)
                                             Cooley Godward Kronish LLP
                                             1114 Avenue of the Americas
                                             New York, NY 10036-7798
                                             Phone: (212) 479-6000
                                             Fax:    (212) 479-6275